■ RICHARD HUNT, Plaintiff, v CIMINELLI-COWPER CO., INC., et al., Defendants. JAMESTOWN COMMUNITY COLLEGE et al., Third-Party Plaintiffs-Appellants, v INGALLS SITE DEVELOPMENT, INC., Formerly Known as DAVID OGIONY DEVELOPMENT CO., INC., et al., Third-Party Defendants-Respondents. (Appeal No. 2.) [885 NYS2d 922]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered July 28, 2008 in a personal injury action. The order, inter alia, granted the motions of third-party defendants for summary judgment dismissing the amended third-party complaint and all cross claims against them.

It is hereby ordered that the order so appealed from is unanimously modified on the law by denying the motion of third-party defendant Ingalls Site Development, Inc., formerly known as David Ogiony Development Co., Inc., and reinstating the amended third-party complaint and cross claim against it, and by denying in part the motion of third-party defendant Pettit & Pettit, Inc. and reinstating the third and fourth causes of action and cross claim against it, and as modified the order is affirmed without costs.

Same memorandum as in *Hunt v Ciminelli-Cowper Co., Inc.* (66 AD3d 1506 [2009]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.